## IN THE UNITED STATES BANKRUPTCY COURT
## FOR DISTRICT OF MARYLAND
## GREENBELT DIVISION

| | | |
|---|---|---|
| IN RE:<br>    Emma Porter<br><br>    Debtor | *<br>*<br>*<br>*<br>* | CASE NO: 14-27085<br><br>CHAPTER 13 |
| * * * * * * | * * * * * * * | |
| STONECREST INCOME AND<br>OPPORTUNITY FUND I-LLC,<br><br>MOVANT,<br><br>vs.<br><br>EMMA WINDHAM PORTER<br>CHARLES B. PORTER, CODEBTOR<br>and NANCY SPENCER GRIGSBY,<br>TRUSTEE, | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | |
| * * * * * * | * * * * * * * | |

### RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CODEBTOR STAY

Now comes the Debtor, by her undersigned attorney, and responds to the Motion for Relief from the Automatic Stay and Codebtor Stay filed by Stonecrest Income and Opportunity Fund I-LLC (the "Motion"), and states as follows:

1. The Debtor admits the allegations contained in paragraphs 1 and 2 of the Motion.

2. The Debtor neither admits nor denies the allegations contained in paragraphs 3 through 9 of the Motion.

3. The Debtor admits the allegations contained in paragraph 10 of the Motion.

4. The Debtor neither admits nor denies the allegations contained in paragraphs 11 and 12 of the Motion.

**WHEREFORE,** the Debtor, hereby requests that this Honorable Court deny the Motion.

  /s/ Alon J. Nager, Esq.
Alon J. Nager, #28551
Nager Law Group, LLC
5850 Waterloo Road, Suite 140
Columbia, MD 21045
443-701-9669
Counsel for Debtor

## **CERTIFICATE OF MAILING**

I hereby certify that on this 15th day of December 2014 a copy of the foregoing was served electronically upon the Chapter 13 Trustee and counsel for the Movant herein.

  /s/ Alon J. Nager, Esq.
Alon J. Nager, #28551