UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Greenbelt Division)

In re:                                    *
Emma Windham Porter                       *
                                          *
                                          *     Case No.  14-27085
                                          *     (Chapter 13)
                                          *
                                          *
            Debtor                        *
**********************************************************************

### ORDER

Upon Debtor's Motion to Approve Compromise (the "Motion"), and therein requesting entry of an order pursuant Fed. R. Bankr. P. 9019 approving mortgage assumption and loan modification agreements (the "Agreements") between Debtor and Stonecrest Income and Opportunity Fund I-LLC ("Stonecrest"); and after due deliberation thereon, and due and proper notice of the Motion having been given, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED and the Agreements between the Debtor and Stonecrest are approved on the terms set forth in this Order, the Agreements, and the Motion.
2. The Debtor is hereby authorized to execute said Agreements and do such acts as may be necessary or desirable to carry out the transactions contemplated by the Agreements.

3. The Court shall retain jurisdiction to decide any disputes arising between the Debtors and Stonecrest with respect to the transaction contemplated by the Agreements.

Copies to:

Alon J. Nager, Debtor's Counsel
Emma Windham Porter, Debtor
Stonecrest Income and Opportunity Fund I-
LLC c/o Kimberly Britt, Esq.
All Interested Parties

**END OF ORDER**