RECEIVED
MAY 1 2 2015
BY: _____

# LOAN MODIFICATION
# AGREEMENT

This Modification Agreement (the "Agreement") is made and entered into by and between **Emma W. Porter and Gregory Porter,** hereinafter with their heirs, executors, administrators and assigns called the "Borrower(s)," whose address is **1204 Farmington Ave. Accokeek, MD. 20607** and by **Stonecrest Income and Opportunity Fund-I, LLC** whose address is **4300 Stevens Creek Blvd., #275 San Jose CA 95129,** upon the terms and conditions herein set forth.

## RECITALS

The Borrower is the owner of certain premises **1204 Farmington Ave. Accokeek, MD. 20607, Parcel # 17050405746** (hereinafter referred to as the "Premises") more particularly bound and described in a certain Mortgage from the Borrower to Stonecrest Income and Opportunity Fund-I, LLC. Said Mortgage was given to the Lender to secure the payment of certain indebtedness in the original principal sum of **FIVE HUNDRED THIRTY THREE THOUSAND AND 00/100 DOLLARS   ($533,000.00)** as the "Loan Modification") in said amount. The Note, as of the date of this Agreement, is next due for **February 1, 2008** and has a current unpaid principal balance of **FIVE HUNDRED THIRTY THREE THOUSAND AND 00/100 DOLLARS ($533,000.00)**. The Note, the Mortgage and other documents executed by the Borrower in connection with the loan shall be hereinafter referred to collectively as the Loan Documents.

The Lender is the legal owner and holder of the Note and Liens securing same, in consideration of the premises and other good and valuable consideration, Stonecrest Income and Opportunity Fund-I, LLC, being successor by assignment to the original lender **GreenPoint Mortgage Funding, Inc.,** and at the request of the Borrower, the Lender has agreed to amend and rearrange the time and manner of the payment of the Note as hereinafter provided.

## THE AGREEMENT

In consideration of the terms and conditions, covenants, warranties and representations contained herein, the recitals described above and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Borrower and the Lender agree as follows:

1. Down Payment in the amount of **SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS ($7,500.00)** must be received by Stonecrest Income and Opportunity Fund-I, LLC on or before **March 20, 2015** and will be applied to the outstanding amounts currently deemed to be past due amounts.

2. Payment of **$3,271.39** must be received by Stonecrest Income and Opportunity Fund-I, LLC on or before **May 1, 2015**.

3. The remaining past due amounts will be applied to the principal balance (current balance + interest) resulting in the new unpaid principal balance of **$400,000.00** (the "Modified Mortgage Balance".)

4. The Modified Mortgage Balance of **$400,000.00** will be amortized over the remaining term of **267** months at the fixed rate of **6.50%** with principal and interest payments in the amount of **$2,837.33** to begin **May 1, 2015**.

5. The escrow payment amount will total **$434.06** per month, until such time as an escrow analysis results in a revised escrow payment amount, resulting in a total monthly mortgage payment of **$3,271.39**.

6. The terms and provisions set forth in this Agreement shall amend and modify the Note and Mortgage and except as expressly amended and modified by this

# LOAN MODIFICATION
# AGREEMENT

Agreement, the terms and provisions of the Note and Mortgage are ratified and confirmed and shall continue in full force and effect. Borrowers agree that the Note and Mortgage, as amended hereby, shall continue to be legal, valid, binding and enforceable in accordance with their respective terms.

7. Borrower agrees that nothing herein shall be construed to constitute a novation or extinguishments of the indebtedness and obligations or any portion thereof, represented by the Note and Mortgage, which Borrowers hereby affirm and agree to pay and satisfy, and nothing herein shall be construed to subordinate or impair the validity or priority of the lien of the Note and Mortgage.

8. Borrowers hereby ratify and confirm that they have no defenses, counterclaims, offsets or recoupments with respect to repayment and the Loan Documents and hereby irrevocably waive and release any and all such claims.

Borrowers hereby acknowledge that the Modification Agreement executed herewith constitutes the entire agreement between the parties and cannot be amended except by an instrument executed by both parties.

_Emma W Porter_                                  _4-21-15_
Emma W. Porter                                   Date

_Gregory Porter_                                 _4-21-15_
Gregory Porter                                   Date

STATE OF _MD_
COUNTY OF _Prince George's_
On _April 21, 2015_ before me, _Bonita Callow_, Notary Public personally appeared _Emma Porter_ who proved to me on this basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which person acted, executed the instrument

I certify under PENALTY OF PERJURY under the laws of the State of _MD_ that the forgoing paragraph is true and correct.

WITNESS my hand and official seal

_Bonita Callow_
Notary Public

STATE OF _MD_
COUNTY OF _Prince George's_
On _April 21st 2015_ before me, _G Bonita Callow_, Notary Public personally appeared _Gregory Porter_ who proved to me on this basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which person acted, executed the instrument

I certify under PENALTY OF PERJURY under the laws of the State of _MD_ that the forgoing paragraph is true and correct.

WITNESS my hand and official seal

_Bonita Callow_
Notary Public

BONITA CALLOW
Notary Public-Maryland
Charles County
My Commission Expires
_10-2-2017_

# LOAN MODIFICATION
# AGREEMENT

**LENDER:**

Stonecrest Income and Opportunity Fund-I, LLC
Stonecrest Managers, Inc., Its Manager

By: _____     Date: 5|29|15
     Jon Freeman
     President, Stonecrest Managers, Inc.

---

A notary public or other office completing this certificate verifies only the
identity of the individual who signed the document to which this certificate
is attached, and not the truthfulness, accuracy, or validity of the document.

---

State of California
County of Santa Clara

On **May 29**_____, 2015, before me **Christian Hofmann**_____, Notary Public,
personally appeared Jon Freeman, who proved to me on the basis of satisfactory evidence to be the person whose
name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized
capacity, and that by his signature on the instrument the person, or the entity upon behalf of which person acted,
executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is
true and correct.

WITNESS my hand and official seal.

_____ (notary seal)
Signature of Notary Public

CHRISTIAN HOFMANN
COMM. #1968527
Notary Public-California
SANTA CLARA COUNTY
My Comm. Exp. FEB. 3, 2016

RECEIVED

MAY 1 2 2015

BY:

Date: March 25, 2015

Borrower: Emma W. Porter and Gregory Porter

Property: 1204 Farmington Ave, Accokeek, MD. 20607

### COMPLIANCE AND CORRECTION AGREEMENT

Borrower(s):

In consideration of Capital Income and Growth Fund, LLC. ("Note Holder") modifying certain loan terms pursuant to an agreement to effectuate the modification of the above referenced loan ("Loan") secured by the property located at 1204 Farmington Ave, Accokeek, MD. 20607, the undersigned ("Borrower" whether one or more) agrees, upon request of Note Holder, to (1) correct any inaccurate terms or provisions in any and all of the documents executed or delivered in connection with the modified Loan; (2) execute, acknowledge and/or initial such documentation as Note Holder deems necessary to replace and/or correct any lost, misplaced, omitted, misstated or inaccurate document(s); and (3) execute, acknowledge and/or initial such document(s) or take such action as Note Holder reasonably may deem necessary or desirable to enable Lander to sell, convey, seek guaranty or insurance for or market the modified Loan to any entity, including, without limitation, the Federal National Mortgage Association, the Government National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Federal Housing Authority, the Department of Veterans Affairs, or any state or municipal housing authority.

The Agreements contained herein shall apply whether the mistake or inaccuracy is due to a unilateral mistake on the part of Note Holder or Borrower, a mutual mistake on the part of Note Holder and Borrower or a clerical error on the part of any party to the transaction.

Borrower further agrees to comply with any request within 10 days of the date such request is made. Failure to comply may invalidate the terms of the modified Loan. In addition, Borrower shall be liable for any and all losses or damages sustained by Note Holder as a result of such failure, including, but not limited to, all attorney's fees and costs incurred by Note Holder.

This Agreement shall be binding on each Borrower, their heirs and assigns, and shall inure to the benefit of Note Holder, its successors and assigns.


_____          _____
Emma W. Porter                            4-21-15
                                          Date


_____          _____
Gregory Porter                            4-21-15
                                          Date