IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

In re:

EMMA WINDHAM PORTER,

          **CHAPTER 13**

   DEBTOR.

          **CASE NO. 14-27085-TJC**

**LINE**

COMES NOW, Stonecrest Income and Opportunity Fund I-LLC, and states that it has no opposition to the Motion to Approve Compromise and For Authority to Incur Secured Debt for the Purpose of Modifying the Terms of an Existing Secured Loan for Real Property (Docket Number 67).

Respectfully submitted,

**STONE CREST INCOME AND OPPORTUNITY FUND I-LLC**

By:**/s/ Kimberly B. Lane**
Kimberly B. Lane, Esquire, Bar No. 18513
Samuel I. White, P. C.
611 Rockville Pike,
Suite 100
Rockville, MD 20852
Tel: (301) 804-3400
Fax: (301) 838-1954
kbritt@siwpc.com

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served by regular mail or email this 16th day of June, 2015 on all necessary parties including Nancy Spencer Grigsby, Trustee, 4201 Mitchellville Road Suite 401, Bowie, MD 20716; Alon Nager, 5850 Waterloo Road, Suite 140, Columbia, MD 20744-5432 and Emma Windham Porter, Debtor, 904 Cornish Street, Fort Washington, MD 20744-5432, and 904 Cornish Street, Fort Washington, MD 20744; and Charles B. Porter, Co-debtor, 1204 Farmington Avenue, Accokeek, MD 20607.

          **/s/ Kimberly B. Lane**
          Kimberly B. Lane, Esquire
          Samuel I. White, P. C.